CO   FILE   DEPT   CLOCK   VCHR  NO.   075

## Earnings Statement

AMERICAN  PACIFIC  MORTGAGE  CORPORATION
3000  LAVA  RIDGE  COURT  #200
ROSEVILLE  CA  95661
COMPANY  PH #: 916-960-1325

| | |
|---|---|
| Period Beginning: | 03/08/2026 |
| Period Ending: | 03/21/2026 |
| Pay Date: | 03/27/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

**DONNA  DUNNING**
**6317  CIRCO  DRIVE**
**GRANBURY  TX  76049**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 7,710.76 | 21,667.01 |
| **Gross Pay** | | | **$7,710.76** | 21,667.01 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -847.50 | 2,417.41 |
| | Social Security Tax | -478.06 | 1,343.35 |
| | Medicare Tax | -111.80 | 314.17 |
| | **Other** | | |
| | APM CC FUND | -2.50 | 10.00 |
| | APM EA FUND | -2.50 | 10.00 |
| | 401K | -771.08* | 2,166.71 |
| | **Net Pay** | **$5,497.32** | |
| | Dd Checking | -5,497.32 | 15,405.37 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your  federal  taxable  wages  this  period  are
$6,939.68

### Important Notes

YOUR  COMPANY'S  PHONE  NUMBER  IS  916-960-1325

BASIS  OF  PAY:  SALARY

FOR  BONUS&COMMISSION   INFO          SEE
APMORTGAGE   COMPENSAFE

PAY  DATES  FOR  SALARIED  EMPLOYEES  ARE
3/15/2026-3/28/2026

### Additional Tax Withholding Information
Exemptions/Allowances:
    TX:                No State Income Tax

© 2000 ADP, inc.

---

AMERICAN  PACIFIC  MORTGAGE  CORPORATION
3000  LAVA  RIDGE  COURT  #200
ROSEVILLE  CA  95661
COMPANY  PH #: 916-960-1325

| | | |
|---|---|---|
| **Advice number:** | | 00000131315 |
| Pay date: | | 03/27/2026 |

**Deposited  to  the  account  of**
**DONNA  DUNNING**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3254 | xxxx xxxx | $5,497.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**