Certificate Number: 17572-TXN-DE-040944311

Bankruptcy Case Number: 26-41880



17572-TXN-DE-040944311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2026, at 9:25 o'clock AM PDT, Donna M Dunning completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   May 6, 2026                          By:      /s/Kelly Faulks

Name:   Kelly Faulks

Title:   Counselor