Certificate Number: 17572-TXN-DE-040944315

Bankruptcy Case Number: 26-41880



17572-TXN-DE-040944315

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2026, at 9:25 o'clock AM PDT, Wayland W Dunning Jr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   May 6, 2026                          By:      /s/Kelly Faulks

Name:  Kelly Faulks

Title:   Counselor