Toni Townsend
TEXAS BAR NO. 24106812
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
Direct Phone: (312) 346-9088 X5174
Direct Fax: 312-803-9663
Toni.Townsend@mccalla.com
*Attorney for Dovenmuehle Mortgage*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DONNA MARIE DUNNING | § | CASE NO. 26-41880-ELM |
| WAYLAND WARREN DUNNING, JR, | § | |
| | § | |
| Debtors. | § | JUDGE: EDWARD L. MORRIS |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Toni Townsend of McCalla Raymer Leibert Pierce, LLP, and gives this Notice of Appearance on behalf of SFMC, LP dba Service First Mortgage Company and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

Dated:    May 7, 2026                    Respectfully Submitted,

*/s/ Toni Townsend*
Toni Townsend, TX BAR NO. 24106812
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
Phone: (312) 346-9088 X5174
Fax: 312-803-9663
Toni.Townsend@mccalla.com

NOA

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 7, 2026, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service to be served upon the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail as indicated thereon:

By:   */s/ Toni Townsend*
       Toni Townsend

## SERVICE LIST (CASE NO. 26-41880-ELM)

*U.S. mail only*
**Debtor**
Donna Marie Dunning
6317 CIRCO DR
Granbury, TX 76049

**Joint Debtor**
Wayland Warren Dunning, Jr
6317 CIRCO DR
Granbury, TX 76049

*CM/ECF*
**Attorney for Debtors**
Clayton Everett
515 E. Border St.
Ste 163
Arlington, TX 76010

**U.S. Trustee**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

NOA