**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Donna Marie Dunning | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known)  26-41880

## Official Form 427

# Cover Sheet for Reaffirmation Agreement

12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

| Part 1: | Explain the Repayment Terms of the Reaffirmation Agreement |
|---|---|

**1. Who is the creditor?**

**Nebraska Furniture Mart**
Name of the creditor

**2. How much is the debt?**

On the date that the bankruptcy case is filed   $ 2,965.13

To be paid under the reaffirmation agreement  $ 2,965.13

$ 119.00 per month for __as many__ months (if fixed interest rate) **as necessary until paid in full.**
See Form 2400A Reaffirmation Documents, Page 2, Section D for payment calculation details.

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

Before the bankruptcy case was filed **18% contract rate**%

Under the reaffirmation agreement  **18% contract rate**  ☒ Fixed rate
**All unexpired promo rates honored upon reaffirmation** ☐ Adjustable rate

**4. Does collateral secure the debt?**

☐ No
☒ Yes.  Describe the collateral.   **household goods, furnishings, electronics**

Current market value   $ **equal to or greater than amount owed**

**5. Does the creditor assert that the debt is nondischargeable?**

☒ No
☐ Yes.  Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

Income and expenses reported on Schedules I and J

6a. Combined monthly income from line 12 of Schedule I   $ 10,811.87

6b. Monthly expenses from line 22c of Schedule J   – $ 9,104.35

6c. Monthly payments on all reaffirmed debts not listed on Schedule J   – $ 0.00

6d. **Scheduled net monthly income**   $ 1,707.52
Subtract lines 6b and 6c from 6a.
If the total is less than 0, put the number in brackets.

Income and expenses stated on the reaffirmation agreement

6e. Monthly income from all sources after payroll deductions   $ 10,811.87

6f. Monthly expenses   – $ 9,104.35

6g. Monthly payments on all reaffirmed debts not included in monthly expenses   – $ 0.00

6h. **Present net monthly income**   $ 1,707.52
Subtract lines 6f and 6g from 6e.
If the total is less than 0, put the number in brackets.

Debtor 1  <u>Donna Marie Dunning</u>          Case number (*if known*) <u>26-41880</u>
          First Name    Middle Name    Last Name

| | | |
|---|---|---|
| 7. **Are the income amounts on lines 6a and 6e different?** | ☑ No<br>☐ Yes. | Explain why they are different and complete line 10._____<br><br>_____ |
| 8. **Are the expense amounts on lines 6b and 6f different?** | ☑ No<br>☐ Yes. | Explain why they are different and complete line 10._____<br><br>_____ |
| 9. **Is the net monthly income in line 6h less than 0?** | ☑ No<br>☐ Yes. | A presumption of hardship arises (unless the creditor is a credit union).<br>Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.<br><br>_____<br><br>_____ |
| 10. **Debtor's certification about lines 7-9**<br><br>If any answer on lines 7-9 is *Yes*, the debtor must sign here.<br><br>If all the answers on lines 7-9 are *No*, go to line 11. | I certify that each explanation on lines 7-9 is true and correct.<br><br>✗ _____      ✗ _____<br>Signature of Debtor 1                Signature of Debtor 2 (Spouse Only in a Joint Case) | |
| 11. **Did an attorney represent the debtor in negotiating the reaffirmation agreement?** | ☐ No<br>☑ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>    ☐ No<br>    ☑ Yes | |

| Part 2: | Sign Here |
|---|---|

**Whoever fills out this form must sign here.**

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement.*

✗ *Ann Wilson*                          Date  05/14/2026
  Signature                                   MM / DD / YYYY

**Ann Wilson, Lead Legal Coordinator for Nebraska Furniture Mart**
  Printed Name

Check one:

☐  Debtor or Debtor's Attorney

☑  Creditor or Creditor's Attorney

Form 2400A (12/15)

<div style="border:1px solid black">

Check one.
☐ Presumption of Undue Hardship
☒ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*

</div>

# UNITED STATES BANKRUPTCY COURT

## Northern District of Texas

In re  Donna Marie Dunning

*Debtor*

Case No. 26-41880

Chapter   7

## REAFFIRMATION DOCUMENTS

### Name of Creditor:    **Nebraska Furniture Mart**

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed:  **Revolving Charge Agreement**

*For example, auto loan*

B. *AMOUNT REAFFIRMED*:        $                    2,965.13

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is      **18** %.
**ALL UNEXPIRED PROMO RATES HONORED UPON REAFFIRMATION**
*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)*   ☒ Fixed rate        ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

**X**   $ 119.00 per month **UNTIL PAID IN FULL** due on the _____10th_____ day of the month following filing of this Reaffirmation Agreement and receipt of monthly statement as issued by creditor.

**X**   Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.   **PAYMENTS HEREIN ARE ESTIMATED.**

**Payments are the sum of any fees, Fixed Payments, plus 4% of the New Balance, rounded up to the nearest dollar, or $15.00, whichever is greater. Payments may increase due to the expiration of any promotional financing rates or amounts not yet paid. Debtor hereby authorizes NFM to send monthly statements; minimum monthly payments are due according to the monthly statements; statements will be sent after filing this Reaffirmation Agreement.**

E. Describe the collateral, if any, securing the debt:

Description:   **household goods, furnishings, electronics**
Current Market Value   $ **equal to or greater than amount owed**

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

**X** Yes.  What was the purchase price for the collateral?     $ **varies**

☐ No.  What was the amount of the original loan?     $_____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 2,965.13 | $ 2,965.13 |
| Annual Percentage Rate | **18** % | **18%** |
| Monthly Payment | **4% of balance or $15.00** | **See Para D above.** |

**ALL UNEXPIRED PROMO RATES HONORED UPON REAFFIRMATION**

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit: **Not applicable.** _____

---

# PART II.   DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.   **X** Yes     ☐ No

B. Is the creditor a credit union?

Check one.   ☐ Yes     **X** No

Form 2400A, Reaffirmation Documents                                                    Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

    1.    Your present monthly income and expenses are:

        a. Monthly income from all sources after payroll deductions
(take-home pay plus any other income)          $ 10,811.87

        b. Monthly expenses (including all reaffirmed debts except
this one)          $ 8,985.35

        c. Amount available to pay this reaffirmed debt (subtract b. from a.)    $ 1,826.52

        d. Amount of monthly payment required for this reaffirmed debt    $     119.00

        *If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

    2.    You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

        Check one of the two statements below, if applicable:

         You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

    ❐    You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

        _____

        _____

        _____

        Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

    ❐    You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Form 2400A. Reaffirmation Documents                                                          Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)     I agree to reaffirm the debt described above.

(2)     Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3)     The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4)     I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5)     I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _5/8/26_            Signature _Donna Dunning_
                                                    Debtor

Date _____            Signature _____
                                                    Joint Debtor, if any

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor _Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Dr., Dept. #08444, The Colony, TX 75056-5348_
                Print Name                                              Address

_Ann Wilson, Lead Legal Coordinator_    _Ann Wilson_        05/14/2026
        Print Name of Representative              Signature              Date

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _5/8/26_  Signature of Debtor's Attorney _Clayton J. Everett_

         Print Name of Debtor's Attorney _Clayton L. Everett_

## PART V.  DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.    DISCLOSURE STATEMENT

1.  **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.  **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.  **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.  **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5.  **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this Reaffirmation Agreement be effective?**

    a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

        i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

        ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

    b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B. INSTRUCTIONS

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form 2400B to do this.

## C.   DEFINITIONS

1.   **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement.  The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above).  Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure.  You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.   **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law.  The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges.  You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.   **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

AccuTerm Screen Print - POPS-PROD   12:21:46 PM 05 May 2026

```
CUST.MAINT 1                NFM User System            Ex1L15074 05/05/26 12:21:42
                         A/R Customer Inquiry
  = Account Number  ███2460    Last Maint 05/01/26   Opened 11/11/18 By ONLN
 +─────────────────────────── ( More Customer Info ) ─────────────────────────
 |Class... IND        1       Closed On          Refer to Acct
 |       Status Code          Closed Reason
 |Credit Review Code   79Q    NFM Employee
 |─────────── R E V  C A R D  R E Q U E S T  /  S E N T  I N F O ──────────
 |Primary Card Issued
 |  Brand/Date NFM02  05/28/21
 |
 |
 |──────────────── R E V  A P P  &  A G R E E  I N F O ────────────────
 |Application Date......... : 11/11/18              Changes Notices
 |Application Source....... : O  ONLINE             1:006 01/31/25
 |
 | IP:76.225.137.93  LOC:TCWEBAPP  EM:DDUNNING@CENDERAFUNDING.COM
 |Agreement on File (Y/N).. : Y  Electronic agreement
 |Agreement Version........ : 005
 |Agreement Date........... : 11/11/18
 |Last Lim Inc Req on 05/24/21  Source: PHONE  Which Buyer: Primary
 └LOC:808CRDT  PH: (817) 907-2454

                 Press <RTN> to Continue:  __
```

```
AccuTerm Screen Print - POPS-PROD   12:24:11 PM 05 May 2026
```

```
AR.REV.PLN.INQ              NFM User System          Ex3L15074 05/05/26 12:24:08
                       A/R Customer Revolving Plan Inquiry
  = Account #  ████2460     Name/s DONNA DUNNING
  = Plan Code REV  Regular Revolving Charge            Pmt Prot Declined
            Remarks
  ┌──────────────── P L A N   A G I N G ───────────────┬─ M I S C    I N F O ─┐
  │ Balance Due    2,965.13 Overdue  1-29       119.00│ Date Opened  11/11/18 │
  │ In Dispute         0.00 Overdue 30-59       124.00│ Date Closed  05/01/26 │
  │ On Deposit         0.00 Overdue 60-89         0.00├─ L a s t      P m t ──│
  │                         Overdue 90-119        0.00│ Pmt Date     02/25/26 │
  │ Next Statement 05/15/26 Overdue 120+          0.00│ Pmt Amt        133.00 │
  ├───────── L A S T   S T A T E M E N T   I N F O ────┼─ S T I L L   D U E ──│
  │ Last Stm      04/15/26 Min Mthly Pmt        119.00│ Late (LC)      119.00 │
  │ New Bal       2,965.13 Past Due Amt         243.00│ Expected       362.00 │
  │ Int-Brg Bal   2,965.13 Payment Due          362.00│ Int-Brg      2,965.13 │
  │                        Payment Due On     05/10/26 │
  ├─ P L A N   S T A T U S ──┬── O V E R D U E   P L A N   T A L L I E S ──┐
  │  Code 91HT   BK7 HOUS    │     1 Mo    2 Mo    3 Mo    4 Mo    5 Mo
  │                          │ #      1
  │                          │ Last 04/15/26
  └──────────────────────────┴───────────────────────────────────────────┘

 (D)tl (S)tmts (C)onv (T)allies (R)mrks (P)mntSchd (M)iscChrgs (E)xit (Q)uit  _
```

```
AccuTerm Screen Print - POPS-PROD   12:24:14 PM 05 May 2026
AR.OPN.REV.DTL              NFM User System          Ex4L15074 05/05/26 12:24:12
                      A/R Open Transaction Detail Inquiry
                                                         Nbr of Trans 2
       =Account #  ████2460    DONNA DUNNING               =Plan Code REV
    Line# Reference  Description TranDate Gp    Amount     Int-Bearing/Terms
    ----- ---------- ----------- -------- -- ----------- ----------------------------
    1    s96967558  Sleep/Beddi 05/06/24  1    2,563.00 EA:Def-Int Expire 05/10/26

    2    s76308377  Furniture D 05/01/23  2      402.13 IB:Int-Bearing Reg 18%
```

```
Ln#,Show(P)romo,Show(ID),Hide(T)rm,Show(R)mrks,(C)lsd,(S)crl,(M)ore,(Q)uit ____
```

 Station  **Customer Service: (972) 668-3000 or (844) 350-6278**

2361 15:47 🕐   REVOLVING CHARGE ACCOUNT
04/28/24

# SALE



ORDER: SL **96967558**   V 1 PG 1

## N F M   C O P Y

BUYER ████ 2460   Called/Placed by: PSS:DONNA DUNNI

DONNA DUNNING
6317 CIRCO DR
GRANBURY        TX 76049-5257

**DELIVERY ADDRESS:**

Carrier: Nfm In Home Delivery {TE2}

DONNA DUNNING
6317 CIRCO DR
GRANBURY        TX 76049-5257

**In Home Delivery On: 05/06/24 MON**

Order Date: 04-28-2024 SUN Sold by: 115530 Stoney W x67061

| Ln | Qty | SKU | Ship Date | Item Description | Price | Unit | T X | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 65930117 | 05/06 | CRWNM-5094-QBED-Queen Upholstered Bed-C   *VALUE PROD* CREAM HDWR PACKAGE CONSISTS OF: | 339.52 | PKG | Y | 339.52 |
| 2 | 1 | 65930075 | 05/06 | CRWNM-5094-Q-HB-Queen Headboard-Cream   *VALUE PROD* HDWR | | | Y | |
| 3 | 1 | 65930083 | 05/06 | CRWNM-5094-Q-FB-Queen Footboard & Slats   *VALUE PROD* HDWR | | | Y | |
| 4 | 1 | 65930042 | 05/06 | CRWNM-5094-KQ-RAIL-Queen/King Rails-Cre   *VALUE PROD* | | | Y | |
| 5 | 1 | 65930117 | 05/06 | CRWNM-5094-QBED-Queen Upholstered Bed-C   *VALUE PROD* CREAM HDWR PACKAGE CONSISTS OF: | 339.52 | PKG | Y | 339.52 |
| 6 | 1 | 65930075 | 05/06 | CRWNM-5094-Q-HB-Queen Headboard-Cream   *VALUE PROD* HDWR | | | Y | |
| 7 | 1 | 65930083 | 05/06 | CRWNM-5094-Q-FB-Queen Footboard & Slats   *VALUE PROD* HDWR | | | Y | |
| 8 | 1 | 65930042 | 05/06 | CRWNM-5094-KQ-RAIL-Queen/King Rails-Cre   *VALUE PROD* | | | Y | |
| 9 | 1 | 61883757 | 05/06 | COAST-302161B1/302161B2-Daybed With Tru   *VALUE PROD* GRAY FINISH: BRUSHED NICKEL HDWR PACKAGE CONSISTS OF: | 389.46 | PKG | Y | 389.46 |
| 10 | 1 | 61883575 | 05/06 | COAST-302161B1-Daybed Sides,Slats. Trdl   *VALUE PROD* HDWR-INCLUDES SIDE PANELS, SLATS. TRUNDLE SIDES | | | Y | |
| 11 | 1 | 61883617 | 05/06 | COAST-302161B2-Daybed/Trundle Fr/Bk. Ra   *VALUE PROD* HDWR-INCLUDES BACK PANEL AND RAILS | | | Y | |
| 12 | 1 | 65316515 | 05/06 | ASPNI-I248-450-2-2 Drawer Nightstand-Ag | 343.59 | Each | Y | 343.59 |
| 13 | 2 | 60947116 | 05/06 | SLEPT-PLNFHEREFR30-3/3 Health Rest Matt   *MATT PLCY* | 137.37 | Each | Y | 274.74 |
| 14 | 2 | 65698367 | 05/06 | SOUTR-Z3NFCL1PT16080-5/0 Colonial Med M   *MATT PLCY* | 451.47 | Each | Y | 902.94 |
| 15 | 2 | 51471522 | 05/06 | SOUTR-Z6SBBXX1S96080-5/0 9" Semi Flex B   *BOXSPRNG* | 115.84 | Each | Y | 231.68 |
| 16 | 1 | 59191734 | 05/06 | STFRN-NF-FA0599N5A-$401-$600 Fabric   *SQTD* | 89.99 | Each | Y | 89.99 |

**Delivery Contact Phone:** 817 907-2454
**Buyer Contact Phone:**   Home 817 907-2454

PRICES PER 5661
COMMENTS: CUSTOMER HAS DECLINED THE OFFER FOR MATTRESS PROTECTION AND SLEEP  GUARANTEE. CUSTOMER HAS DECLINED THE OFFER
FOR NFM'S SQUARETRADE PREMIUM  PLAN. CUSTOMER MAY ADD THE PREMIUM PLAN UP TO 90 DAYS AFTER PICKUP OR  DELIVERY.
CUSTOMER HAS DECLINED THE OFFER FOR NFM'S SQUARETRADE BASIC  PLAN. CUSTOMER MAY ADD THE BASIC PLAN UP TO 90 DAYS AFTER
PICKUP OR  DELIVERY. Promotional Delivery - A00266

*An NFM representative will contact you the day before, or by 10:00 AM the morning of delivery with a time window for your delivery/installation.
NOTE: If you need to reschedule your delivery, please contact Customer Service no later than 2 days prior to your scheduled date.
Buyer acknowledges, agrees, and consents to the documentation of delivery of the product(s) including through photographs taken by
delivery personnel.*

*NOTE: Credit/Debit Cards are accepted for purchases; however we CANNOT accept Account Payments by Credit Card.*

**\* \* \*   *This is page 1 of 2 pages.*   \* \* \***

115530 SL 96967558 V1P1 20573115530567760

ORDER: SL **96967558**   V 1 PG 2

N F M   C O P Y

**\* \* \*   *DOCUMENT CONTINUED FROM PREVIOUS PAGE*   \* \* \***

DONNA DUNNING
6317 CIRCO DR
GRANBURY        TX 76049-5257

*\* V A L U E   P R O D U C E D \* - Due to the mass production process, items noted above may have imperfections. These may include fit and finish flaws. NFM cannot provide service or exchanges as a result of manufacturer's imperfections. However, manufacturer's warranties do apply.*

*\*MATT PLCY\*    \*\*Comfort and Price Guarantee\*\**
*1. Mattresses are final sale unless a NON-REFUNDABLE PREMIUM MATTRESS PROTECTION PAD is purchased from NFM at the time of mattress purchase.*
*2. Your mattress must be clean, undamaged, free from stains and the "DO NOT REMOVE UNDER PENALTY OF LAW" label must be intact.*
*3. A PREMIUM mattress protection pad must be purchased from NFM at the time of your mattress order. MATTRESS PROTECTION PADS ARE NON-REFUNDABLE).*
*4. Because it takes time for your mattress to feel just right, we require waiting 30 days before reselection.*
*5. This policy allows for one reselection within 30-120 days of the original delivery date of the first mattress with a $69.99 restock fee.*
*6. Excludes special orders, final sales, floor samples, and adjustable bases.*
*7. Standard transportation/delivery charges apply. Free delivery promotions do not apply on exchanges under this policy.*
*8. All exchanges must be for the same size mattress set.*
*9. Mattress returns outside of this policy are subject to additional restocking fees or denial of return.*
*10. Unless an ENVIRONMENTAL BEDDING FEE has been charged above, no mattress or box springs will be removed from your home.*

*\*BOXSPRNG\* Customer was advised of the lower profile boxspring option. Exchanges of box springs for height will be assessed a 25% restock fee and standard transportation/delivery charges will apply (if delivered by NFM.)*

*\*SQTD\* Thank you for investing in SquareTrade Protection. SquareTrade claims must be submitted within 30 days of the incident at https://www.squaretrade.com/nfm, or the SquareTrade app on your mobile device, or by contacting SquareTrade Customer Service at 1-877-927-7268.*

*We know your time is valuable, and that's why we use real-time pricing to give you the best price EVERY.SINGLE.DAY. If for some reason you find an identical item at another reputable retailer for less, we will beat their price. See nfm.com for full details.*

*If you have any questions about your order, we are happy to help you. Please CALL the Customer Service number found at the top of this document or go to our website at www.nfm.com to EMAIL or CHAT with a Customer Service representative. Please note our Customer Service SUPPORT HOURS are: Mon-Sat 8 am - 8 pm / Sun 11 am - 8 pm.*

*Manufacturer rebate forms are available at nfm.com/rebate-center/*

*THANK YOU for choosing Nebraska Furniture Mart for your home furnishing needs.* **STONEY W X67061,** *STONEY.WILSON@NFM.COM*

I agree my purchase is subject to the terms of my NFM Revolving Charge Agreement and the terms of this purchase described above and on the reverse side or which follow. Until fully paid, NFM retains a security interest under the Uniform Commercial Code in the merchandise described within. I further agree my purchase is subject to the terms of my bank card agreement, if any portion of the purchase price is charged to that card.

NOTICE: This purchase has promotional DEFERRED INTEREST terms. Interest accrues at 18% APR from date of delivery, but will be waived if the full purchase price owing to NFM is paid on or before the payment due date in the 24th month following delivery. I understand that MINIMUM MONTHLY PAYMENTS are required and that, if I make a late payment, promotional terms may be canceled and accrued interest may be added to my balance. I understand that I may need to pay more than the minimum each month during the promotional period to avoid interest.

Pmt By Visa

*DI24*
Deferred 24 Months

x _____
Authorized Buyer's Signature

| | | |
|---|---|---|
| Sub Total | = | 2,911.44 |
| DELIVERY: | + | 0.00 |
| Sls Tax   8.2500 | + | 240.20 |
| A.   TOTAL | = | 3,151.64 |
| DOWNPAYMENTS | | |
| B. Deposit/Payments | - | 588.64 |
| C. Pending Credits | - | 0.00 |
| D. Payment Due | - | $0.00 |
| E. FINANCED AMOUNT | = | 2,563.00 |

115530 SL 96967558 V1P2 20573115530567760



*thank you* FOR SHOPPING WITH US

**NFM.**

Customer Service: (972) 668-3000 or (844) 350-6278

Seller: TXFM, INC. - THE COLONY, TX

# SALE INVOICE

ORDER: SI **76308377**   V 2 PG 1

| CUSTOMER COPY | * COURTESY REPRINT * |
|---|---|

BUYER   * * * * * * * *   ONLINE - PPR:DONNA DUNNI

DONNA DUNNING
6317 CIRCO DR
GRANBURY         TX 76049-5257

DIRECT SHIP ORDER:

Carrier: Factory Direct Ship

DONNA DUNNING
6317 CIRCO DR
GRANBURY         TX 76049-5257

Depart Date Only: **05/01/23 MON**

Order Date: 04-30-2023 SUN Sold by: 9998   NFM

| Ln | Qty | SKU | Ship Date | Item Description | Price | Unit | T X | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 62006184 | 05/01 | SVWEB-PAT7702C-3BX-7pc Patio Living Set  *RTA ITEM* | 1173.98 | Each | Y | 1,173.98 |

**Delivery Contact Phone:**   * * * * * * * * * * * *
**Buyer Contact Phone:**   Home * * * * * * * * * * * *

*THANK YOU for choosing Nebraska Furniture Mart for your home furnishing needs,*
**NFM,** *CONTACT.US@NFM.COM*

*NOTE: Credit/Debit Cards are accepted for purchases; however we CANNOT accept Account Payments by Credit Card.*

*\* RTA (READY TO ASSEMBLE) ITEM \* - RTA items are sold new with full manufacturer warranties and arrive unassembled. If any parts are missing or damaged, please contact the manufacturer via their toll-free number. RTA items are only eligible for return within 30 days of purchase if they are in their original, unopened condition and accompanied by the original receipt. If you are interested in having RTA items assembled, please contact your sales professional or NFMs customer service team to learn about available options.*

*If you have any questions about your order, we are happy to help you. Please CALL the Customer Service number found at the top of this document or go to our website at www.nfm.com to EMAIL or CHAT with a Customer Service representative. Please note our Customer Service SUPPORT HOURS are: Mon-Sat 8 am - 8 pm / Sun 11 am - 8 pm.*

*Manufacturer rebate forms are available at nfm.com/rebate-center/*



I agree my purchase is subject to the terms of my NFM Revolving Charge Agreement and the terms of this purchase described above and on the reverse side or which follow. Until fully paid, NFM retains a security interest under the Uniform Commercial Code in the merchandise described within. I further agree my purchase is subject to the terms of my bank card agreement, if any portion of the purchase price is charged to that card.

NOTICE: This purchase has promotional DEFERRED INTEREST terms. Interest accrues at 18% APR from date of delivery, but will be waived if the full purchase price owing to NFM is paid on or before the payment due date in the 24th month following delivery. I understand that MINIMUM MONTHLY PAYMENTS are required and that, if I miss a payment, promotional terms may be cancelled and accrued interest from date of delivery may be added to my balance. I understand that I may need to pay more than the minimum monthly payment each month during the promotional period to avoid interest.

| | | |
|---|---|---|
| Sub Total | = | 1,173.98 |
| DELIVERY: | + | 0.00 |
| Sls Tax      8.2500 | + | 96.85 |
| A.    TOTAL | = | 1,270.83 |
| DOWNPAYMENTS | | |
| B.  Deposit/Payments | - | 0.00 |
| C.  Pending Credits | - | 0.00 |
| D.  Payment Due | - | $0.00 |
| E.  FINANCED AMOUNT | = | 1,270.83 |

**DI24**
Deferred 24 Months