Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtors

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

In re:

Donna Marie Dunning and Wayland Warren Dunning,

Debtors.

Case No. 26-41880-elm7

Chapter 7

## NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT

NOTICE IS HEREBY GIVEN that the Debtor Donna Marie Dunning hereby rescinds the Reaffirmation Agreement previously entered into with Nebraska Furniture Mart regarding the furniture purchased solely by Debtor Donna Marie Dunning.

This Notice of Rescission is timely filed pursuant to 11 U.S.C. § 524(c)(4), as the court has not yet entered a discharge order in this case, and sixty (60) days have not elapsed since the subject Reaffirmation Agreement was filed with the Court on May 14, 2026 [Dkt.15].

Executed on this 30 day of May 2026.

Donna Marie Dunning

26-41880-elm7, Notice of Recission of Reaffirmation Agreement                    Page 1

Respectfully submitted:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via US Mail to Nebraska Furniture Mart: Attn: Ann Wilson, Dept #084440 5600 Nebraska Furniture Mart Drive, The Colony, TX 75056-5348*

*Via CM/ECF to Chapter 7 Trustee: Laurie Dahl Rea, Rochelle McCullough LLP 300 Throckmorton Street Ste 520 Fort Worth, TX 76102*

*Via CM/ECF to US Trustee: United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202*

/s/ Clayton L. Everett
Clayton L. Everett