BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                        §
Donna Marie Dunning                           §    Case No.:  26–41880–elm7
Wayland Warren Dunning Jr                      §    Chapter No.:  7
                          Debtor(s)            §
                                               §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  8/5/26                      FOR THE COURT:
                                    Stephen J Manz, Clerk of Court