United States Bankruptcy Court

Northern District of Texas

In re:

Donna Marie Dunning

Wayland Warren Dunning, Jr

Debtors

Case No. 26-41880-elm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donna Marie Dunning, Wayland Warren Dunning, Jr, 6317 Circo Drive, Granbury, TX 76049-5257 |
| 23338586 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23338595 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23338597 | + | Granbury Hospital Corporation, 1310 Paluxy Road, Granbury, TX 76048-5655 |
| 23338607 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23338608 | + | SFMC, 1 Corporate Dr, Suite 360, Lake Zurich, IL 60047-8945 |
| 23338611 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23338615 | + | Unify FCU, PO Box 60059, City Of Industry, CA 91716-0059 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | Aug 06 2026 22:36:00 | COMMUNITYAMERICA CU SUCCESSOR BY MERGER TO UNIFY F, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| cr | + | Email/Text: bankruptcy@nfm.com | Aug 06 2026 22:36:00 | Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Dr., Dept #08444, The Colony, TX 75056-5348 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 06 2026 22:36:00 | SFMC, LP dba Service First Mortgage Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 23338585 | ^ | MEBN | Aug 06 2026 22:34:16 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23338586 | + | Email/Text: ljalovec@belaw.com | Aug 06 2026 22:36:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23338587 | + | EDI: CAPITALONE.COM | Aug 07 2026 02:25:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23338588 | + | EDI: CAPITALONE.COM | Aug 07 2026 02:25:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23338589 | + | EDI: JPMORGANCHASE | Aug 07 2026 02:25:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23338590 | + | EDI: WFNNB.COM | Aug 07 2026 02:25:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 23338591 | + | EDI: WFNNB.COM | Aug 07 2026 02:25:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 23338592 | | EDI: WFNNB.COM | Aug 07 2026 02:25:00 | Comenitycapital/Fntgt, PO Box 182125, |

District/off: 0539-4                              User: admin                                    Page 2 of 3

Date Rcvd: Aug 06, 2026                          Form ID: 318                                    Total Noticed: 34

| | | | |
|---|---|---|---|
| | | | Columbus, OH 43218-2125 |
| 23338593 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2026 22:40:28 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23338594 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2026 22:40:27 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 23338596 | + EDI: CITICORP | Aug 07 2026 02:25:00 | Dillards/CBNA, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 23338599 | + EDI: IRS.COM | Aug 07 2026 02:25:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23338600 | + Email/Text: dallas.bankruptcy@LGBS.com | Aug 06 2026 22:36:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23338601 | + Email/Text: dallas.bankruptcy@LGBS.com | Aug 06 2026 22:36:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23338602 | + Email/Text: bankruptcy@nfm.com | Aug 06 2026 22:36:00 | Nebraska Furniture Mart, Attn: Collections, PO Box 2335, Omaha, NE 68103-2335 |
| 23338603 | Email/Text: bkrgeneric@penfed.org | Aug 06 2026 22:35:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 23338604 | + Email/Text: emccain@pbfcm.com | Aug 06 2026 22:36:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23338605 | Email/Text: bankruptcy@republicfinance.com | Aug 06 2026 22:37:00 | Republic Finance LLC, 7031 Commerce Cir., Baton Rouge, LA 70809 |
| 23338606 | Email/Text: customerservice@rfgionline.com | Aug 06 2026 22:37:00 | RFGI, Attn: Bankruptcy, PO Box 537, Sycamore, IL 60178-0537 |
| 23338610 | EDI: SYNC | Aug 07 2026 02:25:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 23338609 | Email/Text: pacer@cpa.state.tx.us | Aug 06 2026 22:36:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23338612 | + Email/Text: bcd@oag.texas.gov | Aug 06 2026 22:36:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23338613 | + Email/Text: collections.pacer@twc.texas.gov | Aug 06 2026 22:36:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23338614 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 06 2026 22:36:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SFMC, LP dba Service First Mortgage Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 23338598 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 06, 2026 | Form ID: 318 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Joint Debtor Wayland Warren Dunning  Jr clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Debtor Donna Marie Dunning clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Garry Alan Masterson | on behalf of Creditor COMMUNITYAMERICA CU SUCCESSOR BY MERGER TO UNIFY FINANCIAL FCU bronationalecf@weltman.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com  TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Toni Townsend | on behalf of Creditor SFMC  LP dba SFMC Home Lending toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor SFMC  LP dba Service First Mortgage Company toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Donna Marie Dunning | Social Security number or ITIN | xxx–xx–4257 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Wayland Warren Dunning Jr | Social Security number or ITIN | xxx–xx–6041 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   26–41880–elm7

## Order of Discharge                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donna Marie Dunning                            Wayland Warren Dunning Jr


_8/5/26_                                        **By the court:**  Edward L. Morris
                                                            United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---